**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WEINGRAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL HEALTH ENROLMENT CENTRE | : | NO.: 23-cv-5114 |

## O R D E R

AND NOW, this 17th day of MAY 2024, it is hereby ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Gene E.K. Pratter to the calendar of the Honorable Mark A. Kearney.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court