IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-5114 |
| | : | |
| NATIONAL HEALTH ENROLMENT CENTRE | : : | |

# ORDER

**AND NOW**, this 28th day of May 2024, upon considering Plaintiff's Response (ECF No. 6) to our May 21, 2024 Order (ECF No. 5) to show cause as to why we should not dismiss this case without prejudice for failure to serve the Defendant within ninety days of Summons (ECF No. 3) or otherwise timely move to extend the time for service of summons, mindful Plaintiff once moved (ECF No. 2) to file and serve a third-party subpoena but the case cannot now proceed under a summons expiring in late March 2024, and for good cause, it is **ORDERED**:

1. We **grant** Plaintiff leave to re-file a motion to serve a third-party subpoena by no later than **June 4, 2024**; and

2. We **grant** Plaintiff an extension of time to serve summons by no later than **July 29, 2024.**

_____
**KEARNEY, J.**