IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>                    Plaintiff,<br>v.<br><br>"NATIONAL HEALTH ENROLMENT CENTRE"<br><br>                    Defendant. | Case No. 2:23-cv-05114<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER ON MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

 **THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Serve A Third-Party Subpoena Prior to a Rule 26(f) Conference (the "Motion")**,** and the Court being duly advised in the premises does hereby **FIND, ORDER AND ADJUDGE:**

1. Plaintiff established that "good cause" exists for him to serve a third-party subpoena on Onvoy, LLC, and any downstream telephone providers it identifies.

2. Plaintiff, through his counsel, may serve Onvoy, LLC and any downstream telephone providers it identifies a Rule 45 subpoena commanding the(m) to provide Plaintiff with the true name, address, contact telephone number, website, and e-mail address for the subscriber(s) to the telephone numbers 267-200-9620, 267-215-5763, 267-215-5803, 267-215-5871, 267-282-3676, 267-293-5432, 267-293-5434, 267-313-6263, 267-313-6305, 267-356-5906, 267-369-9126, 267-413-8938, 267-429-8460, 267-465-5198, 267-465-5220, and 267-465-5225 for the month of December 2023.

        3.        In light of the operative deadlines in the case, Onvoy shall provide the Plaintiff the aforementioned information without charge no later than 14 days of service upon it.

        4.        Plaintiff may also serve a Rule 45 subpoena in the same manner as above on any other entity that is identified in response to the subpoena as a sub-provider, lessor, call center, aggregator, or similar provider, of the calls to the Defendant. Any such subsequent entity shall provide the Plaintiff the aforementioned information without charge no later than 14 days of service upon it.

        5.        Plaintiff may use the information disclosed in response to these subpoenas for the purpose of enforcing his TCPA claims, as more fully set forth in his complaint.

DONE AND ORDERED this \_\_\_ day of _____, 2024.


By: _____

Hon. Mark A. Kearney, U.S. District Judge