# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **LEON WEINGRAD INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** ) ) ) *Plaintiff* ) ) v. ) ) **Top Healthcare Options Insurance Agency Inc. formerly known as NATIONAL HEALTH ENROLMENT CENTRE** ) ) ) ) ) *Defendant* | Civil Action No. 2:23-cv-05114-MAK |

## AFFIDAVIT OF SERVICE

I, Nicole Ashley, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC in Broward County, FL on July 2, 2024 at 5:37 pm at 500 Fairway Drive, suite 102, Deerfield Beach, FL 33441 by leaving the following documents with Tracy (refused last name) who as Call specialist / Authorized to accept is authorized by appointment or by law to receive service of process for TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC.

SUMMONS IN A CIVIL ACTION and PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Black or African American Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.3239779417,-80.1139186623
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Broward County    ,

    FL    on    7/3/2024    .

/s/ *Nicole Ashley*

Signature
Nicole Ashley
+1 (561) 690-0049



