UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

July 24, 2024

Andrew Roman Perrong, Esq.
2657 Mt. Carmel Avenue
Glenside, PA 19038

RE: *Weingrad v. National Health Enrolment Centre*

CIVIL ACTION NO.: No. 23-5114

Dear Mr. Perrong

    A review of the Court's records shows Defendant Top Healthcare Options Insurance Agency Inc. has not timely responded to the Complaint. You may request the Clerk of Court enter default in accord with Rule 55 of the Federal Rules of Civil Procedure if the defendant does not file a responsive pleading on or before **August 5, 2024**.

    The Court may enter an order dismissing your claims against this defendant for lack of prosecution if you do not request default by **August 15, 2024.**

                                      Very Truly Yours,

                                      <u>s/ Richard C. Thieme</u>

                                      Richard C. Thieme
                                      Courtroom Deputy to Judge Kearney

CC By Mail:   Top Healthcare Options Insurance Agency, Inc.