IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-5114** |
| | : | |
| **NATIONAL HEALTH ENROLMENT CENTRE** | : | |
| | : | |

# ORDER

**AND NOW**, this 25th day of July 2024, upon considering Plaintiff's Request for default on liability (ECF No. 16) against Defendant, mindful of our July 24, 2024 letter (ECF No. 15) instructing Plaintiff may seek default against the Defendant if it does not file a responsive pleading on or before **August 5, 2024**, and thus finding the Request (ECF No. 16) is premature, it is **ORDERED** Plaintiff's Request for default (ECF No. 16) is **STRICKEN** without prejudice to be renewed if necessary consistent with our July 24, 2024 letter (ECF No. 15).

_____
**KEARNEY, J.**