**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, | : | Civil Action |
| | : | |
| Plaintiff | : | No. 2:23-cv-05114-MAK |
| | : | |
| v. | : | |
| | : | |
| TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC. f/k/a "NATIONAL HEALTH ENROLLMENT CENTRE" | : : : : | |

**ORDER**

NOW, this _____ day of _____, 2024, on consideration of Defendant Top Healthcare Options Insurance Agency Inc.'s *Unopposed* Motion for an Extension of Time to Answer, Move, or otherwise Plead to Plaintiff Leon Weingrad's Amended Complaint; on Plaintiff's consent; and for good cause shown, it is **ORDERED** that Defendant's Motion is **GRANTED**.

It is further **ORDERED** that Defendant's deadline to answer, move, or otherwise plead to the Amended Complaint is extended 21-days to August 26, 2024.

BY THE COURT:

_____

1