IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-5114** |
| | : | |
| **NATIONAL HEALTH ENROLMENT CENTRE** | : | |

## ORDER

**AND NOW**, this 30th day of July 2024, upon considering Defendant's unopposed Motion (ECF No. 18) for an extension of time to answer or respond to the amended Complaint (ECF No. 12), and for good cause given Plaintiff's consent for one extension before our initial pretrial conference, it is **ORDERED** Defendant's Motion (ECF No. 18) is **GRANTED** allowing Defendant leave to respond to the amended Complaint (ECF No. 12) by no later than **August 26, 2024** mindful we intend to proceed consistent with Rule 1 to resolve this 2023 case.

_____
KEARNEY, J.