UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, | : | Civil Action |
| Plaintiff | : | No. 2:23-cv-05114-MAK |
| v. | : | |
| TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC. f/k/a "NATIONAL HEALTH ENROLLMENT CENTRE" | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Defendant Top Healthcare Options Insurance Agency Inc. f/k/a National Health Enrollment Centre, in the above-captioned matter.

**KAUFMAN DOLOWICH LLP**

Dated: July 30, 2024    BY:   /s/ Monica M. Littman
   Richard J. Perr, Esquire
   Monica M. Littman, Esquire
   Matthew E. Selmasska, Esquire
   One Liberty Place
   1650 Market Street, Suite 4800
   Philadelphia, PA 19103
   T: 215.501.7002 F: 215.405.2973
   rperr@kaufmandolowich.com
   mlittman@kaufmandolowich.com
   matthew.selmasska@kaufmandolowich.com
   *Attorneys for Defendant Top Healthcare Options Insurance Agency Inc.*

## **CERTIFICATE OF SERVICE**

I, Monica M. Littman, hereby certify that on this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
a@perronglaw.com

Dated: July 30, 2024　　　　　　　　　　　　/s/ Monica M. Littman
　　　　　　　　　　　　　　　　　　　　　　Monica M. Littman