UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, | : | Civil Action |
| Plaintiff | : | No. 2:23-cv-05114-MAK |
| v. | : | |
| TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC. f/k/a "NATIONAL HEALTH ENROLLMENT CENTRE" | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Defendant Top Healthcare Options Insurance Agency Inc. f/k/a National Health Enrollment Centre, in the above-captioned matter.

**KAUFMAN DOLOWICH LLP**

Dated: July 30, 2024    BY:    /s/ Matthew E. Selmasska
Richard J. Perr, Esquire
Monica M. Littman, Esquire
Matthew E. Selmasska, Esquire
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
T: 215.501.7002 F: 215.405.2973
rperr@kaufmandolowich.com
mlittman@kaufmandolowich.com
matthew.selmasska@kaufmandolowich.com
*Attorneys for Defendant Top Healthcare Options Insurance Agency Inc.*

## **CERTIFICATE OF SERVICE**

I, Matthew E. Selmasska, hereby certify that on this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Andrew Roman Perrong, Esq.<br>
Perrong Law LLC<br>
2657 Mt. Carmel Ave<br>
Glenside, PA 19038<br>
a@perronglaw.com

| | |
|---|---|
| Dated: July 30, 2024 | /s/ Matthew E. Selmasska<br>Matthew E. Selmasska |