# EXHIBIT "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, | Civil Action |
| Plaintiff | No. 2:23-cv-05114-MAK |
| v. | |
| TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC. f/k/a "NATIONAL HEALTH ENROLLMENT CENTRE" | |

**DECLARATION OF JEFFREY B. PERTNOY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jeffrey B. Pertnoy, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Partner with the law firm of Akerman LLP.

2. I make this Affidavit in support of the motion requesting my admission to this Court pro hac vice pursuant to L. Civ. R. 83.5.2(b) and Section I(J) of this Court's Policies and Procedures, for the purpose of representing Defendant Top Healthcare Options Insurance Agency Inc.

3. I am a member in good standing of the Florida bar, having been admitted on September 21, 2011 and assigned attorney identification number 91939.

4. I am in good standing with the Florida bar and have never been suspended, disbarred, or otherwise disciplined.

5. I am also admitted to practice in the following federal jurisdictions:

   a. United States Court of Appeals for the Eleventh Circuit (admitted January 27, 2016);

   b. United States District Court for the Southern District of Florida (admitted February 1, 2013);

      c. United States District Court for the Middle District of Florida (admitted October 10, 2018); and

      d. United States District Court for the Northern District of Florida (admitted March 20, 2024).

6. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Civil Rules of this Court.

7. I agree to be bound by both the Pennsylvania Rules of Professional Conduct and the Local Civil Rules of this Court.

8. If granted pro hac vice status, I will in good faith continue to advise counsel who moved for my admission of the current status and all material developments of this action.

9. I have conferred with counsel for Plaintiff Leon Weingrad and have been advised that Plaintiff will not oppose the Motion for Admission *Pro Hac Vice*.

10. Therefore, I respectfully request that this Court issue an Order permitting me to appear pro hac vice for the purpose of representing Defendant Top Healthcare Options Insurance Agency Inc. as special counsel, in the above-captioned matter.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                                                 JEFFREY B. PERTNOY, ESQUIRE

                                                                                 Executed on August 2, 2024
                                                                                  in Beech Mountain, NC.