# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:23-cv-05114-MAK

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I. APPLICANT'S STATEMENT

I, **Jeffrey B. Pertnoy** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

**A.** I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Florida | 9/21/11 | 91939 |
| | | |
| | | |

**B.** I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| 11th Circuit COA | 01/27/16 | N/A |
| S.D. Fla. | 02/01/13 | N/A |
| M.D. Fla. | 10/10/18 | N/A |
| N.D. Fla. | 03/20/24 | N/A |

**C.** I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

Date: 7/30/2024

Name of Applicant's Firm: Akerman LLP
Address: 98 SE 7th St., Suite 1100, Miami FL 33131
Telephone Number: (305) 982-5524
Email Address: jeffrey.pertnoy@akerman.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/30/2024
(Applicant's Signature)

04/20