# EXHIBIT "3"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | Civil Action |
|---|---|---|
| LEON WEINGRAD | : | |
| v. | : | |
| TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC. f/k/a "NATIONAL HEALTH ENROLLMENT CENTRE" | : : | No.: 2:23-cv-05114-MAK |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Jeffrey B. Pertnoy_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Jeffrey B. Pertnoy  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Richard J. Perr | [signature] | 1994 | 72883 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

KAUFMAN DOLOWICH LLP

1650 Market Street, Suite 4800, Philadelphia, PA  19103

215-501-7002

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 5, 2024                    [signature]
                    (Date)                    (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC. f/k/a "NATIONAL HEALTH ENROLLMENT CENTRE" | : | No.: 2:23-cv-05114-MAK |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Jeffrey B. Pertnoy__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

_____
(Signature of Attorney)

Richard J. Perr
_____
(Name of Attorney)

Jeffrey B. Pertnoy
_____
(Name of Moving Party)

August 5, 2024
_____
(Date)