# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-5114** |
| | : | |
| **NATIONAL HEALTH ENROLMENT CENTRE** | : : | |

## ORDER

**AND NOW**, this 5th day of August 2024, upon considering the Motion for admission *pro hac vice* (ECF No. 22), and good cause shown consistent with the Local Rules and our Policies, it is **ORDERED** the Motion (ECF No. 22) is **GRANTED** and Jeffrey B. Pertnoy, Esquire is admitted to practice in this case in this Court under Local Rule 83.5.2(b).[1]

_____
**KEARNEY, J.**

---

[1] Counsel admitted to practice *pro hac vice* may register for an ECF E-Filer account in this District through the Court's website (http://www.paed.uscourts.gov/nextgen-cmecf).