## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 2:23-cv-05114-MAK |
| v. | : | |
| TOP HEALTHCARE OPTIONS INSURANCE AGENCY, INC., | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2024, on consideration of Defendant Top Healthcare Options Insurance Agency, Inc.'s Motion to Dismiss Plaintiff Leon Weingrad's First Amended Class Action Complaint; response in opposition of Plaintiff, if any; argument of counsel, if any; and for good cause shown, it is **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

It is further **ORDERED** that Plaintiff's First Amended Class Action Complaint is **DISMISSED WITH PREJUDICE**.

_____
**KEARNEY, J.**

1