**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 2:23-cv-05114-MAK |
| v. | : : | |
| TOP HEALTHCARE OPTIONS INSURANCE AGENCY, INC., | : : : | |
| Defendant. | : | |

**DEFENDANT TOP HEALTHCARE OPTIONS INSURANCE AGENCY, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Top Healthcare Options Insurance Agency, Inc. ("**THO**") pursuant to Fed. R. Civ.

P. 7.1, states that THO is a Florida corporation and that no publicly held company owns 10% or

more of its stock.

Dated: August 22, 2024                   Respectfully submitted,

/s/  *Jeffrey B. Pertnoy*
Jeffrey B. Pertnoy, Esq. (Admitted *Pro Hac Vice*)
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Direct Office: 305.982.5524
jeffrey.pertnoy@akerman.com

- and -

**KAUFMAN DOLOWICH LLP**
Richard J. Perr, Esquire
Monica M. Littman, Esquire
Matthew E. Selmasska, Esquire
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103

T: 215.501.7002 F: 215.405.2973
rperr@kaufmandolowich.com
mlittman@kaufmandolowich.com
matthew.selmasska@kaufmandolowich.com

*Attorneys for Defendant Top Healthcare Options*
*Insurance Agency, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey B. Pertnoy, certify that, on the date indicated below, I caused to be served a true

and correct copy of the foregoing on all counsel of record in this action via the Court's CM/ECF

system.

*/s/ Jeffrey B. Pertnoy*
Jeffrey B. Pertnoy, Esq. (Admitted *Pro Hac Vice*)

2