# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC. f/k/a "NATIONAL HEALTH ENROLMENT CENTRE"<br>Defendant. | Case No.<br><br>**2:23-CV-05114**<br><br>**CLASS ACTION**<br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

COMES NOW Plaintiff Leon Weingrad, by and through the undersigned counsel, and respectfully requests that he be given one additional week, up to and including September 12, 2024, to file a response to the Defendant's motion to dismiss. Counsel for Plaintiff has conferred with counsel for the Defendant, who does not oppose the relief sought.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Court provide Plaintiff until and including September, 12, 2024 to respond to the Motion.

RESPECTFULLY SUBMITTED AND DATED this September 3, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing via ECF on the below date, which will send notification to all counsel of record.

Dated: September 3, 2024

                        */s/ Andrew Roman Perrong*
                        Andrew Roman Perrong, Esq.
                        Perrong Law LLC
                        2657 Mount Carmel Avenue
                        Glenside, Pennsylvania 19038
                        Phone: 215-225-5529 (CALL-LAW)
                        Facsimile: 888-329-0305
                        a@perronglaw.com