# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD** | : CIVIL ACTION |
| v. | : NO. 23-5114 |
| **NATIONAL HEALTH ENROLMENT CENTRE** | : |

## ORDER

**AND NOW**, this 3rd day of September 2024, upon considering Plaintiff's Motion (ECF No. 26) to amend his response obligations to the pending Motion to dismiss (ECF No. 24) without showing the required good cause to amend obligations but given Plaintiff's earlier consent to Defendant's requested extension to respond (ECF No. 18), Defendant's represented consent to the extension, and the response due in two days, it is **ORDERED** Plaintiff's Motion (ECF No. 26) is **GRANTED in part** allowing Plaintiff leave to respond to the Motion (ECF No. 26) compliant with our Policies by no later than **September 10, 2024.**

_____
KEARNEY, J.