# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC.<br><br>f/k/a "NATIONAL HEALTH ENROLMENT CENTRE"<br><br>Defendant. | Case No.<br><br>**2:23-CV-05114**<br><br>**CLASS ACTION**<br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF ANTHONY I. PARONICH IN SUPPORT OF ADMISSION
## *PRO HAC VICE*

My name is Anthony Paronich. I am over 18 years old. I can testify competently to the undersigned statements.

1. This affidavit is based on my personal knowledge.

2. I was admitted to practice law in Massachusetts in 2010.

3. I am in active and good standing with the Bar of the Commonwealth of Massachusetts.

4. I am also admitted in the following other federal courts and jurisdictions. In each of these jurisdictions, I am in active and good standing: Federal District Court for the District of Massachusetts, the Northern District of Illinois, the Eastern District of Michigan, the Western

1

District of Wisconsin, the Southern District of Indiana, the First Circuit Court of Appeals, the Seventh Circuit Court of Appeals, and the Ninth Circuit Court of Appeals.

5. I have never ever been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

6. I have in fact read the most recent edition of the Pennsylvania Rules of Professional Conduct, the Local Rules of the Eastern District of Pennsylvania, and agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

7. If granted *pro hac vice* status, I will in good faith continue to advise counsel who moved for my admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: September 9, 2024

By: <u>s/ Anthony I. Paronich</u><br>Anthony I. Paronich