IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-5114 |
| | : | |
| NATIONAL HEALTH ENROLMENT CENTRE | : | |

## ORDER

**AND NOW**, this 9th day of September 2024, upon considering the Motion for admission *pro hac vice* (ECF No. 28), and good cause shown consistent with the Local Rules and our Policies, it is **ORDERED** the Motion (ECF No. 28) is **GRANTED** and Anthony I. Paronich, Esquire is admitted to practice in this case in this Court under Local Rule 83.5.2(b).[1]

KEARNEY, J.

---

[1] Counsel admitted to practice *pro hac vice* may register for an ECF E-Filer account in this District through the Court's website (http://www.paed.uscourts.gov/nextgen-cmecf).