# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC.<br><br>f/k/a "NATIONAL HEALTH ENROLMENT CENTRE"<br><br>Defendant. | Case No.<br><br>**2:23-CV-05114**<br><br>**CLASS ACTION**<br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER DENYING DEFENDANT**
**TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC.'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF No. 24) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Mark A. Kearney, J.

1