# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-5114** |
| | : | |
| **NATIONAL HEALTH ENROLMENT CENTRE** | : | |
| | : | |

# ORDER

**AND NOW**, this 17th day of September 2024, upon studying Defendant's Motion to dismiss (ECF 24) the amended Complaint (ECF 12), Plaintiff's Opposition (ECF 30), Defendant's Reply (ECF 31), and for reasons in today's accompanying Memorandum, it is **ORDERED** the Motion (ECF 24) is **GRANTED**:

1. Without prejudice as to the Telephone Consumer Protection Act claims with leave to file a second amended Complaint consistent with Rule 11 by no later than **October 1, 2024** or we will dismiss the case with prejudice; and,

2. With prejudice as to the Pennsylvania Telemarketer Registration Act claim as Plaintiff lacks standing to pursue this claim.

**KEARNEY, J.**