# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC.<br><br>f/k/a "NATIONAL HEALTH ENROLMENT CENTRE"<br><br>Defendant. | Case No.<br><br>**2:23-CV-05114**<br><br>**CLASS ACTION**<br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Leon Weingrad, by his undersigned counsel, hereby voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this September 27, 2024.

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## **CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: September 27, 2024

                                    */s/ Andrew Roman Perrong*

                                    Andrew Roman Perrong, Esq.