# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-5114 |
| | : | |
| **NATIONAL HEALTH ENROLMENT CENTRE** | : | |
| | : | |

# ORDER

**AND NOW**, this 27th day of September 2024, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF 34), it is **ORDERED**:

1. This action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

**KEARNEY, J.**